# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 2, 2014

To:    Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
Evansville , IN 47708-0000

| | |
|---|---|
| No.: 13-3575 | ANDREW C. KOONS, <br> Petitioner - Appellant <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:13-cv-00195-RLY-WGH <br> Southern District of Indiana, Evansville Division <br> District Judge Richard L. Young | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:    No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period

will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                                  **Received by:**

___6/2/2014_____                    ___*Laura Townsend*_____
                                                                            Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# United States Court of Appeals
**For the Seventh Circuit**
Chicago, Illinois 60604

Submitted March 24, 2014
Decided April 10, 2014

**Before**

ANN CLAIRE WILLIAMS, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*



| | |
|---|---|
| No. 13-3575 | |
| ANDREW C. KOONS,<br>*Petitioner-Appellant*, | Appeal from the United States District Court for the Southern District of Indiana, Evansville Division. |
| v. | No. 3:13-cv-195-RLY-WGH |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee*. | Richard L. Young,<br>*Chief Judge*. |

**O R D E R**

Andrew Koons pleaded guilty to illegally possessing a firearm and was sentenced as an armed career criminal to 180 months' imprisonment. Although Koons seek direct review of his conviction and sentence, this court affirmed the denial of his first motion under 28 U.S.C. § 2255. *Koons v. United States*, 639 F.3d 348 (2011). The district court dismissed his second § 2255 motion, No. 3:12-cv-118 (S.D. Ill. Aug. 15, 2012), and this court denied his request for authorization to mount a successive collateral attack, No. 12-2910 (Aug. 24, 2012).

Koons has now filed a notice of appeal from the jurisdictional dismissal of his third motion under 28 U.S.C. § 2255 and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. The district court decision is correct. Accordingly, the request for a certificate of appealability is DENIED. *See* § 2253(c)(2). Koons's motion to proceed in forma pauperis is DENIED.